## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XB1112028

IN RE:

Jean A. Gerat;

] Case Number 10-18927
] CH 13
] Judge Bruce W. Black
]
]
]
]
]

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

    Now comes U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2007- HE1 by and through its attorney Clay Mosberg of the law firm of Freedman Anselmo Lindberg LLC and files a statement of mortgage default amount.

    Account is post petition due for 11/1/2011 to 12/1/2011 at $740.06 each, plus late fees of $218.24, for a total post petition due amount of $1,698.36.

                                      U.S. Bank National Association, as
                                      Indenture Trustee of the GMACM Home
                                      Equity Loan Trust 2007- HE1


                                      <u>/s/ Clay Mosberg</u>
                                      One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart- 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Sara K. Lash- 6300299, John Gerrity- 6303376
W. Brandon Rogers- 6302871, Jason A. Newman, Of Counsel,- 6275591

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Certificate of Service:

     I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on December 30, 2011 addressing the following:

TO:   Jean A. Gerat, 904 Joanne Drive, Minooka, IL 60447
       Ronald D. Cummings, 121 Springfield Ave., Joliet, IL 60435
       Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532